Michael T. Rogers (MR-8813)
Suzan Arden (SA-4715)
WASSERMAN GRUBIN & ROGERS LLP
1700 Broadway
New York, New York 10019
(212) 581-3320
*Attorneys for Plaintiff Perkins Eastman*

**07 CV 11082**

*RECEIVED DEC 0 7 2007 U.S.D.C. S.D.N.Y. CASHIERS*

**UNITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

PERKINS EASTMAN ARCHITECTS, PC,

                              Plaintiff,

           -against-                          ___ Civ. ___ (___)

                                                     **RULE 7.1 STATEMENT**

SECURITY INSURANCE COMPANY OF HARTFORD,

                              Defendant.
-----------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Perkins Eastman Architects, P.C., a private, non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE.

Dated: New York, New York
         December 7, 2007

                                                       _____
                                                         Suzan Arden (SA-4715)