UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PERKINS EASTMAN ARCHITECTS, PC,

                              Plaintiff,                        Civil Action No.:

       -against-                                       07-CV-11082 (DAB)

SECURITY INSURANCE COMPANY OF HARTFORD,
                                                          **NOTICE OF APPEARANCE**

                              Defendant,

------------------------------------------------------------------X

      Please enter my appearance as counsel for Defendant, ARROWOOD INDEMNITY COMPANY, as successor in interest to SECURITY INSURANCE COMPANY OF HARTFORD, in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

Dated: Uniondale, New York
        January 21, 2008

                              Yours, etc.,

                              RIVKIN RADLER LLP
                              Attorneys for Defendant
                              ARROWOOD SURPLUS LINES INSURANCE
                              COMPANY, successor in interest to SECURITY
                              INSURANCE COMPANY OF HARTFORD

               By:          /s/
                        Celeste M. Butera (CMB5659)
                        926 RexCorp Plaza
                        Uniondale, New York 11556-0926
                        (516) 357-3000