UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PERKINS EASTMAN ARCHITECTS, PC,

                     Plaintiff,                    Civil Action No.:

    -against-                                07-CV-11082 (DAB)

SECURITY INSURANCE COMPANY OF HARTFORD,
                                             **NOTICE OF APPEARANCE**

                    Defendant,

------------------------------------------------------------------X

Please enter my appearance as counsel for Defendant, ARROWOOD INDEMNITY COMPANY, as successor in interest to SECURITY INSURANCE COMPANY OF HARTFORD, in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

Dated: Uniondale, New York
       January 21, 2008

                              Yours, etc.,

                              RIVKIN RADLER LLP
                            Attorneys for Defendant
                            ARROWOOD SURPLUS LINES INSURANCE
                            COMPANY, successor in interest to SECURITY
                            INSURANCE COMPANY OF HARTFORD

                      By:  _____/s/_____
                          Jason B. Gurdus (JG3293)
                          926 RexCorp Plaza
                          Uniondale, New York 11556-0926
                          (516) 357-3000

2090066 v1