23 Jan 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PERKINS EASTMAN ARCHITECTS, PC,

                Plaintiff,           07:CV:11082 (DAB)

    -against-                **SITPULATION
                                              EXTENDING TIME TO**
SECURITY INSURANCE COMPANY OF HARTFORD,    **RESPOND TO
                                                                       COMPLAINT**

                Defendant.
----------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the plaintiff and counsel for the defendant that defendant's time to answer or otherwise respond to the complaint is extended up to and including February 15, 2008.

Dated: ~~Uniondale~~ New York, New York
         January 15, 2008

WASSERMAN GRUBIN & ROGERS LLP      RIVKIN RADLER LLP

_____               _____
Michael T. Rogers (MR-8813)             Celeste Butera (CMB-5659)
Suzan Arden (SA-4715)                    Jason B. Gurdus (JG-3293)
*Attorneys for Plaintiff*                     *Attorneys for Defendant*
PERKINS EASTMAN ARCHITECTS, PC     ARROWOOD INDEMNITY COMPANY, as
1700 Broadway                              successor in interest to SECURITY
New York, New York 10019              INSURANCE COMPANY OF HARTFORD
(212) 581-3320                            926 RexCorp Plaza
                                                    Uniondale, New York 11556-0111
                                                    (516) 357-3000

SO ORDERED:

_____
Honorable Deborah A. Batts, U.S.D.J.
23 Jan 08

2111:31 v1