UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PERKINS EASTMAN ARCHITECTS, PC,

                        Plaintiff,         07:CV:11082 (DAB)

      -against-                  **SITPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

SECURITY INSURANCE COMPANY OF HARTFORD,

                        Defendant.
----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the plaintiff and counsel for the defendant that defendant's time to answer or otherwise respond to the complaint is extended up to and including February 29, 2008. This the second extension of time provided to defendant, as the parties are attempting to complete and document a settlement resolving this action.

Dated: Uniondale, New York
         February 15, 2008

WASSERMAN GRUBIN & ROGERS LLP       RIVKIN RADLER LLP

Michael T. Rogers (MR-8813)                 Celeste Butera (CMB-5659)
Suzan Arden (SA-4715)                       Jason B. Gurdus (JG-3293)
*Attorneys for Plaintiff*                         *Attorneys for Defendant*
PERKINS EASTMAN ARCHITECTS, PC      ARROWOOD INDEMNITY COMPANY, as
1700 Broadway                                 successor in interest to SECURITY
New York, New York 10019                INSURANCE COMPANY OF HARTFORD
(212) 581-3320                              926 RexCorp Plaza
                                                   Uniondale, New York 11556-0111
                                                   (516) 357-3000

SO ORDERED:

Honorable Deborah A. Batts, U.S.D.J.
2/21/08

2121310 v1