UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PERKINS EASTMAN ARCHITECTS, PC,

                           Plaintiff,           07:CV:11082 (DAB)

    -against-                 **SITPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

SECURITY INSURANCE COMPANY OF HARTFORD,

                           Defendant.
----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the plaintiff and counsel for the defendant that defendant's time to answer or otherwise respond to the complaint is extended up to and including March 31, 2008. This is the third extension of time provided to defendant, as the parties are attempting to complete and document a settlement resolving this action.

Dated: Uniondale, New York
         February 29, 2008

WASSERMAN GRUBIN & ROGERS LLP    RIVKIN RADLER LLP

_____    _____
Michael T. Rogers (MR-8813)          Celeste Butera (CMB-5659)
Suzan Arden (SA-4715)                Jason B. Gurdus (JG-3293)
*Attorneys for Plaintiff*                  *Attorneys for Defendant*
PERKINS EASTMAN ARCHITECTS, PC    ARROWOOD INDEMNITY COMPANY, as
1700 Broadway                             successor in interest to SECURITY
New York, New York 10019              INSURANCE COMPANY OF HARTFORD
(212) 581-3320                            926 RexCorp Plaza
                                                  Uniondale, New York 11556-0111
                                                  (516) 357-3000

*[Handwritten: There shall be no further extensions]*

SO ORDERED:

_____
Honorable Deborah A. Batts, U.S.D.J.
            3/3/08

2121310 v1