USDC DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
PERKINS EASTMAN ARCHITECTS, PC,

                      Plaintiff,

      -against-

SECURITY INSURANCE COMPANY OF HARTFORD,

                      Defendant.
----------------------------------------------------------------X

07:CV:11082 (DAB)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

      IT IS HEREBY stipulated and agreed to between counsel for the parties in this action that, pursuant to Fed. R. Civ. P. 41(a)(1), the above action is hereby dismissed without prejudice, and without costs to either party.

Dated: New York, New York
      March 28, 2008

WASSERMAN GRUBIN & ROGERS LLP

_/s/_
Michael T. Rogers (MR-8813)
Suzan Arden (SA-4715)
*Attorneys for Plaintiff*
PERKINS EASTMAN ARCHITECTS, PC
1700 Broadway
New York, New York 10019
(212) 581-3320

Dated: Uniondale, New York
      March 28, 2008

RIVKIN RADLER LLP

_/s/_
Celeste Butera (CMB-5659)
Jason B. Gurdus (JG-3293)
*Attorneys for Defendant*
ARROWOOD INDEMNITY COMPANY, as successor in interest to SECURITY INSURANCE COMPANY OF HARTFORD
926 RexCorp Plaza
Uniondale, New York 11556-0111
(516) 357-3000

SO ORDERED:

_Deborah A. Batts_
HON. DEBORAH A. BATTS, U.S.D.J.
4/9/08

2120035 v1